FILED: JULY 9, 2008
08CV3888
JUDGE PALLMEYER
MAGISTRATE JUDGE MASON
PH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s): CHICAGO TILE INSTITUTE PENSION PLAN, et. al.** | **Defendant(s): CENTRAL TILE SERVICES, CO.** |
| County of Residence: COOK | County of Residence: |
| Plaintiff's Atty: Michael J. McGuire<br>Gregorio & Associates<br>2 N. LaSalle, Suite 1650,<br>Chicago, IL 60602<br>312-263-2343 | Defendant's Atty: |

<u>II. Basis of Jurisdiction</u>:     **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u>
**(Diversity Cases Only)**
            Plaintiff:-**N/A**
         Defendant:-**N/A**

<u>IV. Origin</u> :          **1. Original Proceeding**

<u>V. Nature of Suit</u>:       **791 E.R.I.S.A, 720 Labor/Management Relations**

<u>VI.Cause of Action</u>:    **ERISA-29 U.S.C. 1132, and breach of labor contract 29 USC 185.**

<u>VII. Requested in Complaint</u>
        Class Action: No
      Dollar Demand:
       Jury Demand: No

<u>VIII.</u> This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** s/ Michael J. McGuire
**Date:** July 7, 2008