## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3888　　　　　　　　Assigned/Issued By: j. n.

Judge Name: pallmeyer　　　　　　　　Designated Magistrate Judge: mason

---

### FEE INFORMATION

*Amount Due:*　　[✓] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　　　　[ ] IFP　　　　　[ ] No Fee　　[ ] Other _____
　　　　　　　　　[ ] $455.00

Number of Service Copies _____　　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350　　　　　　　　　　　Receipt #: 2917660

Date Payment Rec'd: 7-9-08　　　　　　　Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons　　　　　　　　　　　　　　　[ ] Alias Summons
[ ] Third Party Summons　　　　　　　　　　[ ] Lis Pendens
[ ] Non Wage Garnishment Summons　　　　　[ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons　　　_____
　　　　　　　　　　　　　　　　　　　　　　_____
[ ] Citation to Discover Assets　　　　　　　　*(Victim, Against and $ Amount)*
[ ] Writ _____　　　　　　　　[ ] Other
　　　*(Type of Writ)*　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*(Type of issuance)*

1 Original and 0 copies on 7-9-08 as to defendant
　　　　　　　　　　　　　*(Date)*