UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

CHICAGO TILE INSTITUTE WELFARE
PLAN, et. al.

Docket Number: 08CV3888

Assigned Judge: JUDGE PALLMEYER

v.

Designated
Magistrate Judge: MAGISTRATE JUDGE MASON

CENTRAL TILE SERVICES, CO.

TO: (Name and address of defendant)

Central Tile Services, Co.
Mr. Christopher Jones, President
12850 S. Newport Drive
Palos Park, IL 60464

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
(name and address)

Michael J. McGuire
Gregorio & Associates
2 North LaSalle Street, Suite 1650
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

Date

July 9, 2008
Date

| | | | |
|---|---|---|---|
| ClientCaseID: | MICHAEL MCGUIR | CaseReturnDate: | 8/9/08 |
| Law Firm ID: | GREGORIO | Affidavit of Special Process Server | |


*1 9 1 9 1 1 A*

## UNITED STATES DISTRICT COURT

Case Number **08CV3888**

I, MICHAEL P. FEEHAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

### CORPORATE SERVICE

THAT I SERVED THE WITHIN  **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT  **CENTRAL TILE SERVICES, CO.**
PERSON SERVED  **CHRISTOPHER JONES, PRESIDENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 7/20/08

That the sex, race and approximate age of the person whom I left the  SUMMONS AND COMPLAINT
are as follow:

Sex  MALE     Race  WHITE     Age  24
Height  6'0"     Build  THIN     Hair  BROWN

LOCATION OF SERVICE  **12850 S. NEWPORT DRIVE**
**PALOS PARK, IL, 60464**

Date Of Service  7/20/08     Time of Service  11:10 AM

MICHAEL P. FEEHAN     7/21/2008
Special Process Server
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:  $55.00